FILED 08 FEB '23 16:04 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-cr-00049-IM |
| v. | **INDICTMENT** |
| **KENNETH GEORGE HAROLD.** | 18 U.S.C. § 2101 |
| Defendant. | |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Interstate Riot)
### (18 U.S.C. § 2101)

1. At all times relevant to the offense alleged in this Indictment, defendant **Kenneth George HAROLD** was an active member of the U.S. Army stationed at Joint Base Lewis-McChord in the State of Washington and resided in the State of Washington. He separated from the Army in May 2022.

2. "Direct Action" or "DA" is a term often used by individuals engaged in illegal behavior to describe unlawful activity, including violence and interference against law enforcement, property destruction, or vandalism.

**Indictment**                                                              **Page 1**

3. **HAROLD** used facilities of interstate commerce and traveled in interstate commerce, to incite and participate in riots and acts of violence and property destruction in Portland, Oregon.

4. **HAROLD** frequently communicated by text message with others about his intent to engage in acts of violence and property destruction in Portland, Oregon.

5. On February 17, 2021, **HAROLD** told a contact by text message that "We need to break the windows and distract them [law enforcement] again ugh bring back every night god damn it!"

6. On February 25, 2021, a contact of **HAROLD** messaged "The cool thing about Portland is that there are a ton of people that show up so it's easier to perform the type of direct action I like to do like throwing smoke bombs so that the pigs can see us or I would cut loose with a mortar fir sure." HAROLD responded, "I totally agree it's way different then Seattle and so much easier to do da it seems like there!"

7. On March 10, 2021, **HAROLD** told a contact in Oregon that "I may or may not have found this new tool too allegedly use on windows I might test Friday night!"

8. On March 12, 2021, **HAROLD** told another contact "I'm going to try and use the tool tonight I hope! I feel almost more comfortable doing it in pdx sense things go so crazy here all the time it's normal." He also wrote "I hope things start to kick up in Seattle soon or we might have to start going to pdx way more if they don't."

9. A couple of days later on March 14, 2021, **HAROLD** tells that same contact "Last night was so fun!! Well I mean after the protest at least!! And finding out the tool worked as good as it did was amazing too!"

10. On March 16, 2021, **HAROLD** sent a message to a contact to whom **HAROLD** had provided the above-mentioned window breaking tool. The contact responded that they handed the tool to another person. **HAROLD** replied "You handed it back to [another contact of **HAROLD**'s] who was on umbrella duty hehe so yea we got it back, hey did you get the window good at least??"

11. On March 25, 2021, a contact asked **HAROLD** to get spray paint and a hammer. **HAROLD** responded "if you busting out the hammer I'm busting out the tool tonight too lol."

12. On April 2, 2021, **HAROLD** told a contact "the windows we love to see shattered but it's so easy to replace too. Minneapolis made the biggest impact with burning it down."

13. On April 19, 2021, **HAROLD** told a contact he was going to Portland. Later that night HAROLD texted "Hey just got back to car! A ton of window decorating but barely and escalation with PPB."

### *The April 20, 2021 Incident*

14. On April 20, 2021, when discussing the breaking of windows of the Boys and Girls Club in Portland, a contact of **HAROLD**'s in Oregon texted him "they're a slimy non-profit just like the rest." HAROLD responded "I'm happy we got their windows now!"

15. Earlier that day, that same contact told **HAROLD** "you guys should just smash anything. Every business upholds capitalism. The more destruction the more clearly people realize we're angry and actually mean it." **HAROLD** responded "Yea we did for a long time and now there's nothing barely lol also I really love that about you guys you always smash so many things and it makes sense I get it!" **HAROLD** and that contact then discussed whether **HAROLD** should travel to Portland or Seattle that night.

16. That same day, **HAROLD** sent a message to another contact that he could make it to Portland but might be late. **HAROLD** added "It's at the justice center I've always wanted to do one of those ones!! Those nights go insane!" **HAROLD** then confirmed he would go to Portland.

17. On or about April 20, 2021, in the District of Oregon, defendant **Kenneth George HAROLD**, who had traveled in interstate or foreign commerce or had used facilities of interstate or foreign commerce with intent to incite a riot, to participate in or carry on a riot or to commit any act of violence in furtherance of a riot, that is, he traveled from the state of Washington to the state of Oregon and used cellular phones, and during such travel or use or thereafter performed or attempted to perform an overt act for one or more of the purposes specified above, that is, he broke large glass windows of a business located in downtown Portland, Oregon, causing approximately $11,188.43 of damage;

In violation of Title 18, United States Code, Section 2101.

Dated: February 7, 2023.

A TRUE BILL

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

ANDREW T. HO, OSB #185047
Assistant United States Attorney