FILED 23 JUL '24 15:51 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00049-IM |
| v. | SUPERSEDING INDICTMENT |
| KENNETH GEORGE HAROLD, | 18 U.S.C. § 2101 |
| Defendant. | |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Interstate Riot)
(18 U.S.C. § 2101)

On or about April 20, 2021, in the District of Oregon, defendant **KENNETH GEORGE HAROLD**, who had traveled in interstate or foreign commerce, and who had used a facility of interstate or foreign commerce, with the intent to incite a riot, to participate in or carry on a riot, or to commit any act of violence in furtherance of a riot, that is, he traveled from the State of Washington to the State of Oregon, and used an internet website to purchase a tool that could be used for breaking glass, and during such travel or use or thereafter performed or attempted to

Indictment                                                                                                           Page 1

perform an overt act for one or more of the purposes specified above, that is, he broke large glass windows of a business located in downtown Portland, Oregon, causing approximately $11,188.43 of damage;

In violation of Title 18, United States Code, Section 2101.

Dated: July 23, 2024.

A TRUE BILL.

███████████████████
OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_____
NICHOLAS D. MEYERS, OSB #222743
Assistant United States Attorney